IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

STAFFORD INVESTMENTS LP,        )
                                           )
        Plaintiff,                )    TC-MD 140107C
                                           )
        v.                      )
                                         )
LINN COUNTY ASSESSOR,        )
                                         )
        Defendant.            )    **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered September 29, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's request, filed September 16, 2014, to withdraw its Complaint. As of the date of this Decision of Dismissal, Defendant has not responded to Plaintiff's request. Defendant did not assert a counterclaim in its Answer filed April 7, 2014. Having considered Plaintiff's request, the court finds that the case should be dismiss. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ___ day of October 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Dan Robinson on October 16, 2014.*
*The court filed and entered this document on October 16, 2014.*